

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. WR-41,121-03**

**EX PARTE STEVEN ANTHONY BUTLER, Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN
CAUSE NO. 511112-C IN THE 185TH JUDICIAL DISTRICT COURT
HARRIS COUNTY**

*Per curiam.*

**O R D E R**

In May 1988, a jury found Applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court sentenced Applicant to death.[1] This Court affirmed Applicant's conviction and sentence on direct appeal. *Butler v. State*, 872 S.W.2d 227 (Tex. Crim. App. 1994). We denied relief on Applicant's initial post-conviction application for a writ of habeas corpus. *Ex*

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas Code of Criminal Procedure.

*parte Butler*, No. WR-41,121-01 (Tex. Crim. App. Apr. 28, 1999) (not designated for publication). We also ultimately denied relief on Applicant's first subsequent application for a writ of habeas corpus. *Ex parte Butler*, No. WR-41,121-02 (Tex. Crim. App. June 27, 2012) (not designated for publication).

On August 29, 2018, Applicant filed in the trial court his second subsequent application for a writ of habeas corpus. After reviewing the application, this Court determined that the claim raised met the dictates of Article 11.071 § 5, and we remanded the application to the trial court for a review on the merits. *Ex parte Butler*, No. WR-41,121-03 (Tex. Crim. App. Sept. 18, 2019) (not designated for publication).

It has been more than a year since we remanded the application to the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 180 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish